Gregory P. Olson (Ca. Bar No. 177942)
LAW OFFICE OF GREGORY P. OLSON
501 West Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619) 564-3650
Facsimile: (619) 233-1969
greg@olsonesq.com

Daniel Kotchen
Aimee Doyle
KOTCHEN & LOW LLP
2300 M Street NW, Suite 800
Washington, DC 20037
Telephone (202) 416-1848
Facsimile: (202) 280-1128
dkotchen@kotchen.com
adoyle@kotchen.com

*Attorneys for Plaintiff Imagenetix, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IMAGENETIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRUTAROM USA, INC., <br><br> Defendant. | Case No.: 12CV2823 GPC (WMC) <br><br> **IMAGENETIX'S RESPONSE TO FRUTAROM USA, INC.'S AMENDED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER** <br><br> Date: November 1, 2013 <br> Time: 1:30 p.m. <br> Dept: 3D <br> Judge: Hon. Gonzalo P. Curiel |
|---|---|

///
///
///
///
///
///
///

Plaintiff Imagenetix, Inc. hereby submits this Response to Frutarom USA, Inc.'s Amended Motion for Leave to File Second Amended Answer. Imagenetix does not oppose Frutarom's motion.

**Date:** September 30, 2013

**KOTCHEN & LOW LLP**

By: s/Daniel Kotchen
Daniel Kotchen
Aimee Doyle

**LAW OFFICE OF GREGORY P. OLSON**

By: s/Gregory p. Olson
Gregory P. Olson

Attorneys for IMAGENETIX, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this **IMAGENETIX'S RESPONSE TO FRUTAROM USA'S, INC.'S AMENDED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER** via the CM/ECF system on September 30, 2013.

Dated: September 30, 2013

By: s/Gregory P. Olson
Attorney for Plaintiff

Email: greg@olsonesq.com