Daniel Kotchen
Aimee Doyle
**KOTCHEN AND LOW LLP**
1745 Kalorama Road N.W., Suite 101
Washington, DC 20009
Telephone: (202) 471-1995
Fax: (202) 280-1128
Email:  dkotchen@kotchen.com
         adoyle@kotchen.com

Gregory P. Olson (SBN 177942)
**LAW OFFICE OF GREGORY P. OLSON**
501 West Broadway, Suite 1370
San Diego, CA 92101
Telephone: (619)564-3650
Facsimile: (619)233-1969
Email:  greg@olsonesq.com

Attorneys for IMAGENETIX, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>FRUTAROM USA, INC.,<br><br>                    Defendant. | Case No.  12CV2823 GPC (WMC)<br><br>**FRUTAROM USA INC.'S AND IMAGENETIX, INC.'S JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO COMPLETE WITNESS DEPOSITIONS** |
| FRUTAROM USA, INC.,<br><br>                    Counterclaimant,<br><br>    v.<br><br>IMAGENETIX, INC.,<br><br>                    Counter defendant. | |

Plaintiff/Counter defendant IMAGENETIX, INC. and Defendant/Counterclaimant FRUTAROM USA, Inc., hereby jointly move for an extension of time, until January 31, 2014, so that both parties can complete depositions. Certain

JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO COMPLETE WITNESS DEPOSITIONS
Case No. 12CV2823

witnesses have been unavailable for deposition due to upcoming holidays, holiday travel, and/or end-of-year matters. These witnesses are generally available in January. The extension of time to complete witness depositions will not affect any other discovery or case deadline.

Dated: November 27, 2013                     **DUANE MORRIS LLP**

By:   s/ Frederick Ball
       Frederick Ball
       Keith Zakarin
       Jason M. Ohta
       Rebecca G. Church
       Attorneys for FRUTAROM USA, INC.

**KOTCHEN & LOW LLP**

By:   s/ Daniel Kotchen
       Daniel Kotchen
       Aimee Doyle

**LAW OFFICE OF GREGORY P. OLSON**

By:   s/ Gregory P. Olson
       Gregory P. Olson
Attorneys for IMAGENETIX, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO COMPLETE WITNESS DEPOSITIONS via the CM/ECF system on November 26, 2013.

Dated:          November 27, 2013                    By:  s/  Gregory P. Olson
                                                     Attorney for Plaintiff
                                                     E-mail: greg@olsonesq.com