13 DEC -2 PM 2:18

DS                    DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>FRUTAROM USA, INC.,<br><br>  Defendant. | Case No. 12CV2823 GPC (WMC)<br><br>**ORDER GRANTING FRUTAROM USA INC.'S AND IMAGENETIX, INC.'S JOINT STIPULATED MOTION FOR EXTENSION OF TIME TO COMPLETE WITNESS DEPOSITIONS**<br><br>ECF Nos. 53 and 54 |
| FRUTAROM USA, INC.,<br><br>  Counterclaimant,<br><br>v.<br><br>IMAGENETIX, INC.,<br><br>  Counter defendant. | |

After a review of the Joint Motions the Court finds good cause to grant Frutarom USA's and Imagenetix's requested extension of time until January 31, 2014 in order that the parties can complete witness depositions. This extension of time will not affect any other discovery or case deadline.

IT IS SO ORDERED.

Dated: 12/2/13

Hon. William McCurine, Jr.
United States Magistrate Judge