JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., 2nd Floor
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile:  (310) 792-5977

Attorneys for Secured Creditor Dutch Harbour Financial Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC.,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>FRUTAROM USA, INC.,<br><br>　　　　Defendant.<br><br>_____<br><br>AND RELATED COUNTER CLAIMS | Case No. 3:12-cv-02823-GPC-JLB<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE** that James Andrew Hinds, Jr. of Hinds & Shankman, LLP, appears on behalf of Secured Creditor Dutch Harbour Financial Ltd. in the above-entitled action.  Please add the name James Andrew Hinds, Jr. to all service lists in the matter, including the e-filing service list.  Contact information is as follows:

James Andrew Hinds, Jr.
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., 2nd Floor
Torrance, CA 90503
Telephone: (310) 316-0500
Fax: (310) 792-5977
Email: jhinds@jhindslaw.com

Dated: September 22, 2016

        HINDS & SHANKMAN, LLP

        By: /s/ James Andrew Hinds, Jr.
        JAMES ANDREW HINDS, JR.
        Attorneys for Secured Creditor Dutch
        Harbour Financial Ltd.

JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@jhindslaw.com
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., 2nd Floor
Torrance, CA 90503
Telephone: (310) 316-0500
Facsimile:  (310) 792-5977

Attorneys for Secured Creditor Dutch Harbour Financial Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRUTAROM USA, INC., <br><br> Defendant. <br><br> AND RELATED COUNTER-CLAIMS. | Case No. 3:12-cv-02823-GPC-JLB <br><br> **CERTIFICATE OF SERVICE** |

    I am a resident of the State of California, over the age of eighteen years, and not a party of the within action.  My business address is Hinds & Shankman, LLP, 21257 Hawthorne Blvd., 2nd Floor, Torrance, CA 90503.

    On September 22, 2016, I served the document described as:

**NOTICE OF ATTORNEY APPEARANCE**

<u>X</u>    **(FEDERAL) BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's

1

electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the **Electronic Mail Notice List.**

**Electronic Mail List:**

Paul R Shankman    pshankman@jhindslaw.com, clerk@jhindslaw.com

Gregory P Olson    greg@olsonesq.com, ronamay@kennylaw.net

Daniel Kotchen    dkotchen@kotchen.com, ltremaine@kotchen.com, mvonklemperer@kotchen.com

Aimee Doyle    adoyle@kotchen.com

Frederick R. Ball    FRBall@duanemorris.com

Karen Lehmann Alexander    klalexander@duanemorris.com, ctjossem@duanemorris.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 22, 2016, at Torrance, California.

MAYRA DURAN